UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC COAST SIGHTSEEING TOURS & CHARTERS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00414-CDB<br><br>ORDER STAYING PROCEEDINGS PURSUANT TO 11 U.S.C. § 362<br><br>(Doc. 17) |

      On February 13, 2024, Plaintiff Tracy Woods filed a class action complaint in Kern County Superior Court in which she seeks on behalf of herself and a putative class damages, injunctive relief, and restitution. (Doc 1-1, Exhibit A). Plaintiff raises the following claims against Defendants Pacific Coast Sightseeing Tours & Charters, Inc., Coach USA, Inc., and Megabus West LLC: (1) failure to pay wages for hours worked and for overtime wages; (2) compensation for required meal periods not provided; (3) compensation for required rest periods not provided; (4) failure to furnish timely and accurate wage statements; (5) waiting time penalties; (6) violation of Business and Professions Code section 17200, et seq.; and (7) penalties pursuant to Labor Code section 2699.3, et seq. Private Attorneys General Act. On April 5, 2024, Defendants removed the action to this Court on the grounds that it has original jurisdiction over the action pursuant to the Class Action Fairness Act of 2005 and through diversity jurisdiction. (Doc. 1 at 2-3); 28 U.S.C. §§ 1332(a), 1332(d), 1446.

1

On July 5, 2024, Defendants filed a notice of suggestion of bankruptcy indicating that on June 11, 2024, all Defendants filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware for relief under chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code"). (Doc. 17).  The bankruptcy cases are being jointly administered and remain pending under lead case number 24-11258 (MFW).  *Id.*

Pursuant to Section 362 of the Bankruptcy Code, all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed.  11 U.S.C. § 362(a) (staying "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title"); *see In re Schwartz-Tallard*, 803 F.3d 1095, 1097 (9th Cir. 2015) ("When a debtor files for bankruptcy, the Bankruptcy Code imposes an automatic stay on virtually all actions against the debtor to collect pre-petition debts.") (citing 11 U.S.C. § 362(a)).

Accordingly, for the reasons set forth above, all proceedings in this matter are STAYED pursuant to Section 362(a) of Title 11, United States Code

IT IS SO ORDERED.

Dated:   **August 5, 2024**                            _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE